

## OFFICE OF THE ATTORNEY GENERAL OF TEXAS
### AUSTIN

*( ~~~ ~ .475 )*

GERALD C. MANN
ATTORNEY GENERAL

March 27, 1939

*Superseded by chapter 501 acts 59th Leg R.S. 196: (art 2776 A VCS)*

Honorable L. L. Roberts
County Auditor
Borger, Texas

Dear Sir:

Opinion No. O-553

Re: Can elected person qualify as trustee of independent school district if he failed to pay poll tax.

This acknowledges receipt of your wire of this date as follows:

"Can elected person qualify as trustee of independent school district if he failed to pay poll tax?"

In reply thereto, we have just sent you the following wire:

"Retel poll tax receipt not statutory prerequisite to qualification independent school district trustee letter follows."

Confirming the answer above quoted to you, this is to advise that a check has been made of the statutory qualifications required of the person who holds the office of independent school district trustee, and among these qualifications, we do not find where it is necessary that he be required to have a poll tax receipt in order to qualify as such independent school district trustee.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By Geo. S. Berry
Assistant

GCB:N

APPROVED

FIRST ASSISTANT ATTORNEY GENERAL